**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Chapter 11** |
| **Windhaven Senior Living, Ltd.**[1] | § | |
| | § | **Case No. 25-43721** |
| **Debtor.** | § | |

# MCA FINANCIAL SOLUTIONS, LLC'S WITNESS AND EXHIBIT LIST

MCA Financial Solutions, LLC ("MCA"), hereby files this Witness and Exhibit List in connection with the hearing scheduled for Monday, January 5, 2026, at 1:00 p.m. before the Honorable Brenda T. Rhoades, Chief U.S. Bankruptcy Judge for the Eastern District of Texas at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, Texas 75074.

## WITNESSES

MCA may call the following witnesses at the hearing, live or by declaration:

1. Carlos A. Lacayo, Manager, MCA Financial Solutions, LLC;
2. Eric Feinman, Director, Frisco Assisted Living, LLC;
3. Ed Sedacca, Co-Manager and Sole Member of Windhaven Management, LLC;
4. All witnesses called by any other party; and
5. Any witnesses necessary for rebuttal depending upon the witnesses and evidence presented by other parties.

[1] The last four digits of the Debtor's federal tax identification number are 9470. The Debtor's principal place of business and mailing address is 2828 Nature Way, Frisco, Texas 75033.

**EXHIBITS**

MCA designates the following exhibits:

| **No.** | **Description** | **Offered** | **Objection** | **Admitted** |
|---|---|---|---|---|
| 1. | Agreement of Limited Partnership of Windhaven Senior Living, Ltd. (SEDACCA 000001 – 000104) | | | |
| 2. | Operating Agreement of Windhaven Management, LLC (SEDACCA 000105 – 000119) | | | |
| 3. | Side Letter dated January 16, 2024 | | | |
| 4. | Purchase and Sale Agreement | | | |
| 5. | Special Warranty Deed | | | |
| 6. | Unanimous Written Consent of the Manager and Member of Windhaven Management, LLC effective January 16, 2024 (SEDACCA 000120 – 000125) | | | |
| 7. | *Intentionally Omitted* | | | |
| 8. | Unanimous Written Consent of the Sole Member of Windhaven Management, LLC effective December 1, 2025 (SEDACCA 000129) | | | |
| 9. | Unanimous Written Consent of the Manager and Sole Member of Windhaven Management, LLC effective December 1, 2025 (SEDACCA 000130 – 000131) | | | |
| 10. | Texas Health and Human Services Commission Assisted Living Facility Type B Licenses (SEDACCA 000132 – 000136) | | | |
| 11. | Amended and Restated Lease Agreement By and Between Windhaven Senior Living, Ltd. as Landlord and Magnolia Frisco, LLC as Tenant, effective February 1, 2024 (SEDACCA 000138 – 000155) | | | |
| 12. | Property Management Agreement and Lease Conversion (SEDACCA 000173 – 000186) | | | |
| 13. | December 2025 Rents Deposited (SEDACCA 000187) | | | |

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 14. | December 2025 Expenses (SEDACCA 000188 – 000189) | | | |
| 15. | December 2025 Credit Card Charges (SEDACCA 000190) | | | |
| 16. | Lease Termination dated November 28, 2025 | | | |
| 17. | Sedacca's November 29, 2025 email to MCA regarding Lease Termination | | | |
| 18. | Sedacca's December 2, 2025, email and the Purported Consent | | | |
| 19. | MCA Counsel's December 2, 2025 Letter to Sedacca | | | |
| 20. | Sedacca's December 2, 2025 email Reply to MCA's December 2 Letter | | | |
| 21. | Sedacca's December 3, 2025 email and the Purported Amended Certificate | | | |
| 22. | Sedacca's December 3, 2025 email regarding the Purported Retraction | | | |
| 23. | December 5, 2025, Letter from Windhaven Senior Living, LLC to Magnolia Frisco, LLC | | | |
| 24. | Sedacca's December 6 email to MCA Counsel | | | |
| 25. | December 10 [11], 2025 Letter from Windhaven Management, LLC to Magnolia Frisco, LLC | | | |
| 26. | Cease and Desist Letter dated December 11 sent by WSL Counsel to MCA | | | |
| 27. | MCA Financial Solution, LLC's Emergency Motion to Dismiss Chapter 11 Bankruptcy Case [ECF No. 08] | | | |
| 28. | Magnolia Frisco, LLC Earnings Statement to Evergreen Assisted Living LLC, dated December 19, 2025 | | | |
| 29. | Transcript of Proceedings, December 12, 2025 | | | |

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 30. | First Amendment to Amended and Restated Lease Agreement dated September 9, 2025 | | | |
| 31. | Bankruptcy Petition [ECF No. 1] | | | |
| 32. | Text message from Ed Sedacca to Eric Feinman dated December 16, 2025 | | | |

MCA reserves the right to use any exhibits presented by any other party. MCA also reserves the right to use and present demonstratives for any purpose. MCA also reserves the right to use exhibits, demonstratives, and testimony not listed here for impeachment or rebuttal purposes at the hearing. MCA reserves the right to further supplement or amend this Witness and Exhibit List at any time prior to the hearing.

Date: December 31, 2025

Respectfully submitted,

*/s/ Scott D. Lawrence*

Scott D. Lawrence, Tex. Bar No. 24087896
John D. Gaither, Tex. Bar No. 24055516
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Phone: (214) 692-6200
Email: scott.lawrence@wickphillips.com
john.gaither@wickphillips.com

Jacob T. Fain, Tex. Bar No. 24053747
**WICK PHILLIPS GOULD & MARTIN, LLP**
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Phone: (817) 332-7788
Email: jacob.fain@wickphillips.com

**COUNSEL FOR MCA FINANCIAL SOLUTIONS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system upon counsel for the Debtor and all other parties requesting or consenting to such service in this bankruptcy case

*/s/ Scott D. Lawrence*
Scott D. Lawrence