IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WINDHAVEN SENIOR LIVING, LTD., | § | CASE NO. 25-43721 |
| | § | (Chapter 11) |
| DEBTOR | § | |

**AMENDED WITNESS AND EXHIBIT LIST OF WINDHAVEN SENIOR LIVING, LTD.**

Debtor Windhaven Senior Living, Ltd. files its Witness and Exhibit List for the hearing on its emergency *Motion for Sanctions for Willful Violation of the Automatic Stay* [ECF 16] and *MCA Financial Solutions, LLC's Emergency Motion to Dismiss Chapter 11 Bankruptcy Case* [ECF 8] scheduled for January 5, 2026 at 1:00 PM and all subsequent settings on the matter, pursuant to Local Rule of Bankruptcy Procedure 9014(d). By agreement with opposing counsel, the Debtor will identify its exhibits by letters.

**WITNESS LIST**

1. Edward Sedecca, Representative of Windhaven Senior Living;
2. Eric Feinman
3. Doak Kuhne
4. Any witness designated by any other party; and
5. Any witness necessary for rebuttal depending upon the witnesses and evidence presented by any other party.

**EXHIBIT LIST**

| Exhibit | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| A | December 11, 2025 Cease and Desist Letter | | | |
| B | December 1, 2025 Unanimous Written Consent of Windhaven Management, LLC | | | |
| C | December 2, 2025 Email from Edward Sedecca to MCA regarding Removal | | | |
| D. | December 2, 2025 Email from Edward Sedecca Replying to MCA's counsel | | | |
| E. | Preliminary Findings Texas Health & Human Services 12-30-2025 | | | |
| F. | January 27, 2016 Agreement of Limited Partnership of Windhaven Senior Living, Ltd. SEDACCA 000001-000104 | | | |
| G. | Operating Agreement of Windhaven | | | |

| | | | | |
|---|---|---|---|---|
| | Management, LLC SEDACCA 000105-000119 | | | |
| H. | January 16, 2024 Unanimous Written Consent of the Manager and Member of Windhaven Management, LLC SEDACCA 000120-000125 | | | |
| I. | November 25, 2024 Unanimous Written Consent of the Sole Member of Windhaven Management, LLC SEDACCA 000126-000128 | | | |
| J. | Type B Licenses issued by Texas Health and Human Services Commission SEDACCA 000132-000136 | | | |
| K. | Certificate by Texas Health & Human Services SEDACCA 000137 | | | |
| L. | February 1, 2024 Amended and Restated Lease Agreement between Windhaven Senior Living Ltd and Magnolia Frisco, LLC Feb. 1, 2024 SEDACCA 000138 – 000172 | | | |
| M. | December 5, 2025 Property Management Agreement and Lease Conversion SEDACCA 000173 - 000186 | | | |
| N. | Ledger revenue and expenses December 2025 SEDACCA 000187 - 000189 | | | |
| O. | Unanimous Written Consent of the Sole Member of Windhaven Management, LLC dated December 1, 2025. SEDACCA 000129 | | | |
| P. | Unanimous Written Consent of the Sole Member of Windhaven Management, LLC dated December 1, 2025. SEDACCA 000130-000131 | | | |
| Q. | January 15, 2024 Resignation letter by Angela Zhao | | | |
| R. | January 16, 2024 Loan and Security Agreement between Windhaven Senior Living, Ltd and MCA Financial Solutions, LLC | | | |
| S. | January 16, 2024 Written Consent of the Partners of Windhaven Senior Living, Ltd. | | | |
| T. | January 16, 2024 Side Letter | | | |
| U. | December 1, 2025 Certificate of Filing by Windhaven Management, LLC | | | |
| V. | Windhaven Consent to GP appointment Letter | | | |
| W. | January 22, 2021 Unanimous Consent appoint | | | |

| | | | | |
|---|---|---|---|---|
| | Angela Zhao | | | |
| X. | Assumed Name Certificate Evergreen Care Homes of Frisco | | | |
| Y. | Cintas Contract with Evergreen Care Homes with pictures of first delivery | | | |
| Z. | Everlast Gates and Fence Estimate and picture of repaired gate | | | |
| AA. | Community Disaster Plan | | | |
| BB. | DW Gold Construction Roof Invoice | | | |
| CC. | Preliminary Findings Texas Health & Human Services 01-03-2025 | | | |

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 880-1851 (Telephone)
jstanford@qslwm.com (Email)

By: /s/ *John Paul Stanford*
John Paul Stanford
State Bar No. 19037350
Loriann A. Martinez
State Bar No. 24126929

ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, a true and correct copy of the foregoing instrument was served by electronic transmission via the Court's CM/ECF system upon counsel for the Movant and upon all parties registered to receive electronic notice in this bankruptcy case.

/s/ *John Paul Stanford*
John Paul Stanford